# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

July 28, 2015

Lyle W. Cayce
Clerk

No. 13-50411

TEXAS DIVISION, SONS OF CONFEDERATE VETERANS, INCORPORATED, a Texas Corporation; GRANVEL J. BLOCK, Individually; RAY W. JAMES, Individually,

> Plaintiffs–Appellants

v.

VICTOR T. VANDERGRIFF, In His Official Capacity as Chairman of the Board; CLIFFORD BUTLER, In His Official Capacity as a Member of the Board; RAYMOND PALACIOS, JR., In His Official Capacity as a Member of the Board; LAURA RYAN, In Her Official Capacity as a Member of the Board; VICTOR RODRIGUEZ, In His Official Capacity as a Member of the Board; MARVIN RUSH, in his official capacity as a Member of the Board; JOHN WALKER, III, In His Official Capacity as a Member of the Board; BLAKE INGRAM, In His Official Capacity as a Member of the Board,

> Defendants–Appellees

Appeals from the United States District Court
for the Western District of Texas

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before SMITH, PRADO, and ELROD, Circuit Judges.

PER CURIAM:

We are confronted with this case on remand from the Supreme Court. The Court reversed the judgment of a majority of this panel. *See Walker v. Tex. Div., Sons of Confederate Veterans, Inc.*, No. 14-144 (U.S. June 18, 2015).

No. 13-50411

Accordingly, we now AFFIRM the district court's judgment for the reasons outlined in the Supreme Court's opinion.